No. 891. PHILADELPHIA *v.* UNION TRACTION Co. May 2, 1938. The application for writ of certiorari to the

Circuit Court of Appeals for the Third Circuit is dismissed as premature. *Craig* v. *United States,* 298 U. S. 637; *Continental Oil Co.* v. *United States,* 299 U. S. 510. *Mr. G. Coe Farrier* for petitioner. *Messrs. Francis Shunk Brown* and *Joseph Gilfillan* for respondent.